IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES ARNOLD JORDAN GARMAN,

    Plaintiff,

v.                                                            3:10cv25-WS

PATRICK HAMMERGREN, P.A.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed April 1, 2010. The magistrate judge recommends that the plaintiff's action be dismissed without prejudice for failure to comply with an order of the court.

On April 19, 2010, the plaintiff's copy of the report and recommendation was returned to the clerk's office as undeliverable. See Doc. 10. Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this __21st__ day of __April__, 2010.


                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE